IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DOYLE W. FOSTER, MARTHA G. FOSTER, THOMAS K. NELSON, and CAROLYN C. NELSON,

       Plaintiffs,

-vs-                                                   Case No. A-06-CA-818-SS

UNITED STATES OF AMERICA,
       Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered its order granting Defendant United States of America's motion for summary judgment, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the above-styled cause is DISMISSED for lack of subject matter jurisdiction and, alternatively, Plaintiffs Doyle W. Foster, Martha G. Foster, Thomas K. Nelson, and Carolyn C. Nelson TAKE NOTHING in the above-styled cause against Defendant United States of America.

SIGNED this the 19th day of June 2018.

                                            _Sam Sparks_
                                            SAM SPARKS
                                            SENIOR UNITED STATES DISTRICT JUDGE